# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**LETICIA BARRIENTOS,** )<br>)<br>**Defendant.** ) | **8:06CR19**<br><br>**ORDER** |

This matter is before the court on the motion of Crispin Quintanilla, III, to withdraw as counsel for the defendant, Leticia Barrientos [50]. Since retained counsel, Denise E. Frost, has entered an appearance for the defendant [48], the motion to withdraw [50] is granted. Crispin Quintanilla, III shall be deemed withdrawn as attorney of record and shall forthwith provide Denise E. Frost with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Quintanilla which are material to the defendant's defense.

**IT IS SO ORDERED.**

DATED this 26th day of April, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge