IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:06CR19 |
| LETICIA BARRIENTOS, | ) ) | **ORDER** |
| Defendant. | ) ) | |

     Before the court is the defendant's unopposed Motion to Continue Plea Hearing [89].  Good cause being shown, the motion will be granted and the Change of Plea Hearing will be rescheduled.

     IT IS ORDERED that the Motion to Continue Plea Hearing [89] is granted.  The Change of Plea Hearing is continued to **July 6, 2006** at **10:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

     For this defendant, the time between **June 19, 2006** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act.  **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

     Since this is a criminal case, the defendant must be present, unless excused by the Court.

     DATED this 21st day of June, 2006.

                                           BY THE COURT:

                                           s/ F.A. Gossett
                                           United States Magistrate Judge