# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                        )<br>            Plaintiff,             )<br>                                                        )<br>    vs.                                             )<br>                                                        )<br>LETICIA BARRIENTOS,           )<br>                                                        )<br>            Defendant.            ) | Case No. 8:06cr19<br><br>ORDER |

Before the court is the defendant's Motion to Continue Plea Hearing [93]. For good cause shown, the motion will be granted and the Change of Plea Hearing will be rescheduled.

**IT IS ORDERED:**

1. The Motion to Continue Plea Hearing [93] is granted. The hearing is continued to **July 12, 2006 at 10:00 a.m.,** before the undersigned, Magistrate Judge F. A. Gossett, in Courtroom 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2. For this defendant, the time between **July 6, 2006 and the hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. **See** 18 U.S.C. § 3161(h)(1)(I) & (h)(8)(A)(B).

3. Since this is a criminal case, the defendant must be present, unless excused by the Court.

Dated this 6th day of July 2006.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge