IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR19** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **LETICIA BARRIENTOS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's unopposed motion to file objections to the Presentence Investigation Report and a motion for downward departure instanter (Filing No. 138).

IT IS ORDERED that the Defendant's motion to file objections to the Presentence Investigation Report and a motion for downward departure instanter (Filing No. 138) is granted.

DATED this 11th day of October, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge