**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR19 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| LETICIA BARRIENTOS, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion for modification of her sentence pursuant to Amendment 706 to the sentencing guidelines (Filing No. 172) and the motion to withdraw (Filing No. 175) filed by defense counsel.

The Defendant's offense regarded powder cocaine. Therefore, Amendment 706 has no bearing on her case. Therefore, the Defendant's motion for a sentencing reduction is denied and counsel's motion top withdraw is granted.

IT IS ORDERED:

1. The Defendant's motion for modification of her sentence pursuant to Amendment 706 to the sentencing guidelines (Filing No. 172) is denied;

2. The motion to withdraw filed by Jessica P. Douglas (Filing No. 175) is granted; and

3. The Clerk shall mail a copy of this Order to the Defendant at her last known address.

DATED this 10th day of March, 2008.

BY THE COURT:

S/ Laurie Smith Camp
United States District Judge